## PETER J. DESNOYERS *versus* JAMES FULTON

Journal Entries (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 198; (2) continued *p. 259; (3) default judgment *p. 279; (4) defendant surrendered by manucaptors, etc. *p. 286.

Papers in File: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit; (7) promissory note.

*1821 Calendar*, MS p. 18. Recorded in *Book B*, MS pp. 61–65.